JS-6

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHANTOM II, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEGO SYSTEMS, INC.,<br><br>　　　　Defendant.<br><br>LEGO SYSTEMS, INC.,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>PHANTOM II, LLC,<br><br>　　　　Counter-defendant. | CASE NO. CV 07-02054 DSF (SHx)<br><br>[Assigned to the Hon. Dale S. Fischer]<br><br>**JUDGMENT FOR DEFENDANT LEGO SYSTEMS, INC. ON FIRST COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT**<br><br>**[Fed. R. Civ. P. 54, 58]** |

1  Based upon the parties' separate Stipulation to Judgment on Counterclaim
2  and Dismissal of All Other Claims together with the Court's Order thereon,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED AS FOLLOWS:**

(1) Judgment is entered for defendant and counterclaimant LEGO Systems, Inc. on its First Counterclaim for Declaratory Judgment of Non-Infringement.

(2) No product or device ever made, distributed, imported, exported, manufactured, used, sold, or offered for sale by any LEGO entity infringes any valid claim of U.S. Patent No. 6,546,436 either directly, contributorily or by inducement.

Dated: 5/6/08_____     *Dale S. Fischer*____
                             UNITED STATES DISTRICT JUDGE

HFB 798273.1 L3365002